IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03713-PAB-STV

J.L., an individual,

    Plaintiff,

v.

BEST WESTERN INTERNATIONAL, INC.,
HYATT CORPORATION,
WYNDHAM HOTELS AND RESORTS, INC., and
MARRIOTT INTERNATIONAL, INC.

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 91] of Chief United States District Judge Philip A. Brimmer entered on February 24, 2021, it is

ORDERED that Defendant Wyndham Hotels & Resorts, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint [Docket No. 69] is GRANTED.  It is further

ORDERED that Defendant Marriott International, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint [Docket No. 70] is GRANTED.  It is further

ORDERED that Defendant Best Western International, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint [Docket No. 71] is GRANTED.  It is further

ORDERED that Select Hotels Group, LLC (Improperly Named as, "Hyatt Corporation")'s Motion to Dismiss [Docket No. 72] is GRANTED.  It is further

ORDERED that plaintiff's first, second, third, and fourth claims for relief are DISMISSED with prejudice. It is further

ORDERED that judgment shall enter for defendants and against plaintiff on all claims. It is further

ORDERED that this case is closed.

Dated at Denver, Colorado this 24th day of February, 2021.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
　　　　Deputy Clerk